UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARCEL ALBERT,<br><br>    Plaintiff,<br><br>v.<br><br>EMBASSY OF MUSIC GMBH, et al.,<br><br>    Defendants. | Case No.  5:19-cv-06652-EJD<br><br>**ORDER GRANTING MOTION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 66 |

On July 27, 2020, the Court denied Plaintiff's Motion for Leave to Amend, granted Defendant YouTube LLC's Motion to Dismiss and denied Plaintiff's Motion to Strike. Dkt. No. 65. That order dismissed with prejudice Plaintiff's claim for injunctive relief against YouTube. On the same day, Plaintiff filed a motion to voluntarily dismiss the remainder of the case without prejudice ("Motion").

Pursuant to Federal Rule of Civil Procedure 41, the Court may dismiss the action at Plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The only claims remaining in the action are those asserted against Defendant Embassy of Music GMBH ("Embassy"), who has not yet been served and has not appeared in the action. Thus, the Court finds it appropriate to grant Plaintiff's request to dismiss the case voluntarily and without prejudice as to his claims against Embassy.

Plaintiff's Motion indicates that he plans to "re-assert the YouTube Monetization claims, as well as YouTube's failure to comply with Plaintiff's lawful DMCA Takedown requests." Motion, ¶ 9. Plaintiff's complaint in this action included only a single count against YouTube titled "Preliminary Injunction against Defendant YouTube LLC." This claim was dismissed with

prejudice and Plaintiff may not reassert it in a new complaint.  *See* Dkt. No. 65.

Plaintiff's Motion further requests that the Court waive the filing fee for the new action and grant him permission to file electronically.  Pursuant to Civil Local Rule 3-10, Plaintiff must submit a motion to proceed *in forma pauperis* in the new action if he is unable to pay the filing fee.  Pursuant to Civil Local Rule 5-1, Plaintiff must also make a motion for permission from the assigned judge to file electronically in the new action.[1]

Plaintiff's Motion is GRANTED and the remaining claims are DISMISSED without prejudice.  The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 29, 2020

_____
EDWARD J. DAVILA
United States District Judge

---

[1] The Civil Local Rules for the Northern District of California available on the court's website at www.cand.uscourts.gov/rules/civil-local-rules/.

Case No.: 5:19-cv-06652-EJD
ORDER GRANTING MOTION TO DISMISS CASE WITHOUT PREJUDICE
2