UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARCEL ALBERT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> EMBASSY OF MUSIC GMBH, Music producer in Berlin, Germany and YOUTUBE, LLC, <br><br> Defendants - Appellees. | No. 20-16512 <br><br> D.C. No. 5:19-cv-06652-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **ORDER** |

A review of the docket demonstrates that appellant has failed to pay the docketing/filing fees in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7